WALTER B. MILKMAN, as Trustee in Bankruptcy of JOSE CASESA, Appellant, v. JOSE CASESA et al., Respondents.

*Milkman* v. *Casesa*, 182 App. Div. 894, affirmed.

(Submitted October 16, 1919; decided November 18, 1919.)

APPEAL from a judgment entered January 18, 1918, upon an order of the Appellate Division of the Supreme Court in the second judicial department, reversing a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term and directing a dismissal of the complaint. The judgment at Special Term, decreed, among other things, that certain real property, known as No. 339 East Fourth street, in the borough of Brooklyn, city of' New York, which was conveyed to the defendant Rose A. Casesa by deed dated August 20, 1912, was really the property of her husband, the defendant Jose Casesa, and that it became the plaintiff's property by virtue of his appointment as trustee in bankruptcy of Jose Casesa. The Appellate Division held "that the evidence does not establish a cause of action in the trustee in bankruptcy. In view of the facts found the only remedy available is to the creditor at the time, in whose favor a trust results to the extent necessary to satisfy his just demand."

*Benjamin Jaffe* and *Walter B. Milkman* for appellant. *Joseph Niccia* and *George P. Foulk* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, COLLIN, CARDOZO, POUND, CRANE and ANDREWS, JJ.